# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD BERNARD SADLER,** | : | **CIVIL ACTION NO. 1:03-CV-1305** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **DANIEL JOHN MECK, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 14th day of June, 2005, upon consideration of plaintiff's motion for reconsideration (Doc. 46) of the order of court granting summary judgment in favor of defendants, and it appearing that plaintiff subsequently filed a notice of appeal with respect to the order (Doc. 47) and that the United States Court of Appeals for the Third Circuit affirmed the grant of summary judgment in favor of defendants, see Sadler v. Meck, No. 04-4105 (3d Cir. Feb. 10, 2005), it is hereby ORDERED that the motion (Doc. 46) is DENIED.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge